452 A.2d 1076

Commonwealth v. Wilson, Appellant.

Submitted June 9, 1982. Bernard V.

O'Hare, III, for appellant; Christopher T. Spadoni, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.